UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Brozowski,

                         Plaintiffs,        **ORDER RE STATUS CONFERENCE**

      -against-                                 7:23-cv-00127-KMK

Target Corp.

                        Defendant.

------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for 2/8/24 at 10:30 AM. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
                January 8, 2024

                                                  _____
                                                   VICTORIA REZNIK
                                                   United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2024